# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CORION LASHON MOORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-0638-RDP-JEO |
| ) | |
| **TODD ENTREKIN, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report on April 9, 2015, recommending that Defendants' Special Report be treated as a Motion for Summary Judgment and, as such, that it be granted and this action dismissed with prejudice.  The parties were advised that they would have fourteen days to file specific written objections to the Report and Recommendation.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**.  The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law.  Accordingly, Defendants' Motion for Summary Judgment is due to be

granted and this action is due to be dismissed with prejudice.  A Final Judgment will be entered.

      **DONE** and **ORDERED** this   29th   day of April, 2015.

                                               **R. DAVID PROCTOR**
                                               UNITED STATES DISTRICT JUDGE